UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOHAMMAD FALEH ALMALLAK,

Petitioner,

v.

ACTING WARDEN, et al.

Respondents.

Case No. 5:26-cv-05910-SSS-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 17). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Judgment shall be entered granting Ground 1 of the Petition and dismissing Ground 2 as moot.

2. Respondents shall **immediately release** Mohammad Faleh Almallak,

a.k.a. Mohammad Faleh Sa'ed Almallak (A# 243-041-735) from custody.

3. Respondents shall return any and all of Petitioner's personal property that was seized during his arrest and detention, including his personal identification and other documents;

4. If Respondents have not released Petitioner within three (3) days of the date of the order accepting the R&R, Petitioner's counsel may file a request for an order to show cause re contempt.

5. Respondents shall not re-detain Petitioner without providing Petitioner a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that (a) Petitioner is a flight risk or a danger such that Petitioner's physical custody is required, or (b) on account of changed circumstances, there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future.

DATED: November 16, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE