JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD FALEH ALMALLAK,<br>Petitioner,<br>v.<br>ACTING WARDEN, et al.<br>Respondents. | Case No. 5:26-cv-05910-SSS-KES<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Ground 1 of the Petition is granted and Ground 2 is dismissed.

DATED: November 16, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE